**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SMARTPHONE TECHNOLOGIES LLC,** § | | |
| § | | |
| Plaintiff, § | | |
| § | **CASE NO. 6:12-cv-245** | |
| vs. § | | |
| § | | |
| **HUAWEI TECHNOLOGIES, ET AL.,** § | | |
| § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| **SMARTPHONE TECHNOLOGIES LLC,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | **CASE NO. 6:12-cv-350** | |
| § | | |
| **ZTE CORP., ET AL.,** § | | |
| § | | |
| Defendants. § | | |

**ORDER**

As stated at the hearing on May 22, 2014, the Court will try the Huawei case on June 2, 2014, immediately following jury selection. Jury selection for the ZTE case will be on June 9, 2014, and trial will be held on June 23, 2014. If the Huawei case settles, then the ZTE case will be called for trial on June 2, 2014 without delay or continuance. The parties' trial times for each case are as follows:

| | |
|---|---|
| Jury Selection | 30 minutes per side |
| Opening Statement | 45 minutes per side |
| Direct/Cross | 12 hours per side |
| Closing Argument | 1 hour per side |

These times are inclusive of **all issues**, jury and non-jury. It is the parties' responsibility to budget their time accordingly. Additionally, the parties may use some of their time to provide a short introduction before each witness. However, the Court cautions the parties to use their time wisely and to not use this time to make any closing-like arguments before the close of evidence.

**So ORDERED and SIGNED this 30th day of May, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**